UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 23  2 45 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

TAMIKA FERRANTE            :

       v.                : NO. 3:00cv01205(EBB)

METROPOLITAN INSURANCE CO. :

### ORDER OF TRANSFER

In the interest of justice, the above case is hereby transferred to the docket of The Honorable Warren W. Eginton. All future pleadings should be filed in Bridgeport, Connecticut bearing the initials "WWE."

Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a)].

SO ORDERED.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, Connecticut, this 23rd day of March, 2004.

AO 72A
(Rev.8/82)