UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TAMIKA FERRANTE, | : | 3:00cv1205 (WWE) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| METROPOLITAN PROPERTY AND | : | |
| CASUALTY INS. CO., | : | |
|     Defendant | : | |

### **PRETRIAL ORDER**

This case is scheduled for jury trial on August 16, 2004.

Thirty days prior to trial, each party shall exchange and file with the Court in **duplicate**, Trial Memoranda which shall contain the following information:

1) Brief summary of case

2) Proposed Voir Dire

3) List of Witnesses

4) List of Exhibits

5) Deposition designations and cross-designations.

6) Proposed Jury instructions and Interrogatories for
    Special Verdict forms **(with WordPerfect 11.0 disc)**.

Dated May 27, 2004, at Bridgeport, Connecticut.

                                                                      _____
                                                                       Warren W. Eginton
                                                                       Senior U.S. District Judge