UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



TAMIKA FERRANTE

v.                                                    3:00CV1205 WWE

METROPOLITAN PROPERTY &
CASUALTY INS. CO.

### JUDGMENT

On July 20, 2004, pursuant to Local Rule 41(b), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed if closing papers were not filed on or before August 19, 2004. No closing papers have been received and no requests for continuance have been filed.

Therefore, it is ORDERED that the complaint be dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within 30 days, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 9th day of September, 2004.

KEVIN F. ROWE, Clerk

By _____
       Deputy Clerk

Entered on Docket _____